560

No. 291. WALDING, KINNAN & MARVIN CO. *v.* DEPARTMENT OF LIQUOR CONTROL ET AL.

Decided October 10, 1938. *Per Curiam:* The decree is affirmed. *Mugler* v. *Kansas,* 123 U. S. 623; *Crowley* v. *Christensen,* 137 U. S. 86, 91; *Vance* v. *W. A. Vandercook Co.,* 170 U. S. 438, 444; *Crane* v. *Campbell,* 245 U. S. 304, 307; *Mahoney* v. *Joseph Triner Corp.,* 304 U. S. 401, 404. *Messrs. Robert A. Taft* and *Charles P. Taft* for appellant. No appearance for appellees.

No. 316. WAESCHE, TRUSTEE, *v.* THURMONT BANK.

Decided October 10, 1938. *Per Curiam:* The motion of the appellee to dismiss the appeal herein is granted, and the appeal is dismissed for the reason that the judgment sought to be reviewed is based upon a nonfederal ground adequate to support it. *Eustis* v. *Bolles,* 150 U. S. 361, 368–370; *Hale* v. *Lewis,* 181 U. S. 473, 479–480; *Gauss* v. *Detroit Trust Co.,* 297 U. S. 695. *Mr. Edward J. O'Mara* for appellant. *Mr. Randolph Barton, Jr.* for appellee.

No. 338. RICHFIELD OIL CORP. *v.* CALIFORNIA. Decided October 10, 1938. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Packer Corporation* v. *Utah,* 285 U. S. 105; *State Board* v. *Young's Market Co.,* 299 U. S. 59, 64; *Schuylkill Trust Co.* v. *Pennsylvania,* 302 U. S. 506, 514. *Mr. Homer D. Crotty* for appellant. No appearance for appellee.

No. —. SCOTT *v.* O'BANNON ET AL. October 10, 1938. Application denied.